```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0242--CV (HRH)
                           "USA V SANTOS A. BATISTA"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/12/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:


Parties of Record:                          Counsel of Record:

PLF 1.1           UNITED STATES OF AMERICA     United States Attorney
                                               222 W. 7th Avenue, #9
                                               Anchorage, AK 99513
                                               907-271-5071

DEF 1.1           BATISTA, SANTOS A.           Santo Batista
                                               Pro Per: 14520-006
                                               Federal Correctional Institution
                                               POB 7000
                                               Fort Dix, NJ 08640
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A05-0242--CV (HRH)
                            "USA V SANTOS A. BATISTA"

                               For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/12/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (510) Vacate sentence (2255)

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:
```

```
Document #  Filed      Docket text

NOTE -   1  10/12/05   Notation: ALL FUTURE FILINGS TO BE INTO A 02-0103CR (HRH).
```