



**FILED**

JUL 14 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 07-35960 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00242-a-HRH |
| | CR-02-00103-31-a-HRH |
| v. | District of Alaska, |
| | Anchorage |
| SANTO BATISTA, | |
| Defendant - Appellant. | ORDER |

Before:  LEAVY and THOMAS, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

KMB/COA